**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) INTERNATIONAL CHEMICAL COMPANY, an Oklahoma Corporation, | )<br>)<br>) Case No. 20-cv-151-CVE-FHM |
| Plaintiff, | ) |
| v. | ) |
| (2) B&G FUTURES, INC., and<br>(3) STEVE DIPIETRO, | )<br>)<br>) |
| Defendants. | ) ATTORNEY LIEN CLAIMED<br>) JURY TRIAL DEMANDED |

**COMPLAINT**

COMES NOW the Plaintiff, International Chemical Company ("Interchem"), and submits this Complaint against the Defendants, on the following allegations:

**I.   PARTIES**

1. The plaintiff, Interchem, is incorporated under the laws of the State of Oklahoma and has its principal place of business in Tulsa County, State of Oklahoma.

2. The defendant, B&G Futures, Inc. ("B&G"), is incorporated under the laws of the State of Ohio and has its principal place of business in the State of Ohio.

3. The defendant, Steve Dipietro, is a citizen of the State of Ohio and purports to act as an owner/officer or agent of B&G.

**II.   JURISDICTION AND VENUE**

4. B&G has conducted business in and within Tulsa County, Oklahoma, and with Interchem and is subject to this Court's personal jurisdiction. Venue is proper in this court.

5. The claims made by Interchem herein involve demanded relief in greater than the amount required for diversity jurisdiction pursuant to § 1332 of Title 28 of the U.S. Code.

6. The underlying debt sued upon to be collected under this action was contracted in Tulsa,

Oklahoma, and all payments were to be made to Interchem located in Tulsa, Oklahoma.

### III.  STATEMENT OF FACTS

7. Interchem and Defendants entered into a contract whereby Defendants would purchase and Interchem would broker/arrange for the sale of certain product, and Interchem undertook and fulfilled all obligations thereunder and has otherwise fulfilled all conditions precedent to enforcement of its contractual rights.

8. Defendant DiPietro signed an Interchem Credit Application on October 5, 2017, for future business with Interchem and which required Defendants to provide a balance sheet and profit/loss statement. *See* Interchem Credit Application signed by Defendant Dipietro attached as Exhibit "A".

9. Defendants fraudulently induced Interchem to provide credit when it submitted a false accounting to Interchem. *See* Financial Statement of Defendants attached as Exhibit "B."

10. Specifically, Interchem was induced by Defendants' fraudulent representations in the Financial Statement in which B&G claimed to have multiple subsidiaries and a JV Partner in an existing Gulf Cost Terminal. *See* Financial Statement of Defendants attached as Exhibit "B" at 3, ¶ 1.

11. Defendants further made numerous false assertions to Interchem that it would pay for the goods delivered and Interchem relied on these assertions and promises to pay and continued to provide Defendants with product and invoices for the same.

12. Defendants defaulted and breached the contract by failing to pay all sums due and required to be paid, as and when due and owing under the contract and by otherwise failing to comply with financial and/or other obligations under the contract or pursuant to the parties' relationship.

13. Defendants repeatedly promised payments to Interchem for the goods of the underlying

contract and even claimed a wire transfer in the amount of $1.8 million dollars ($1,800,000.00) were en route for partial payment of monies owed but no such transfer ever occurred.

14. Defendants attempted to support their false statements by submitting a fake confirmation of a wire transfer of funds.

15. As a result of Defendants' breach of contract, Interchem sustained damages in the amount of $3,207,866/10 through June 25, 2018, exclusive of interest or costs.

16. Interchem made demand for such outstanding balance, but Defendants refused to pay the aforesaid debt although the Defendants individually and/or collectively represented they would pay the same multiple times.

17. On August 13, 2018, Interchem took legal action to enforce these contractual rights in the County of Tulsa, State of Oklahoma, against Defendants in case CJ-2018-03391.

18. Proceedings in this case were complicated by Defendants refusal to comply with Interchem's reasonable discovery requests and failure to appear for three (3) properly noticed depositions.

19. At such depositions, Defendant DiPietro furthered confirmed under oath that B&G denied B&G's ownership of several subsidiaries and denied having a JV Partner in an existing Gulf Coast Terminal, which differed from the information given to Interchem in B&G's accounting documentation as noted above. *See* Deposition of Steve DiPietro at 34-40 attached as Exhibit "C".

20. On February 20, 2020, the parties, by agreement, mediated this dispute before Daniel J. Boudreau, former justice of the Oklahoma Supreme Court.

21. At mediation, all parties denied the claims made by the other but the parties agreed to completely release and forever discharge claims, crossclaims, and counterclaims in consideration of the total payment in the amount of $1.8 Million Dollars ($1,800,000.00) by the Defendants to

Interchem. *See* Mediation Agreement attached as Exhibit "D."

22. The parties agreed that payment would be as follows: "(a) $1,000,000.00 within 30 days of this agreement; (b) the remainder with in 60 days of this agreement." *See* Mediation Agreement attached as Exhibit "D."

23. On February 21, 2020, Interchem indicated it would receive such funds via wire transfer in accordance with wire transfer previously relayed to Defendants or that payment may be made through Defendants' legal counsel via check on March 21, 2020. *See* Letter to Defendants' Counsel attached as Exhibit "E."

24. As of April 10, 2020, Defendants have failed to tender payment of such sums nor have such sums been received by Interchem.

## IV.   CAUSES OF ACTION

### COUNT I: BREACH OF SETTLEMENT AGREEMENT

For its first cause of action, Plaintiff incorporates all prior allegations and further alleges and states as follows:

25. As noted above, the parties entered into an agreement on February 20, 2020, releasing all claims, counterclaims, and/or crossclaims for payment from Defendants to Interchem in the sum of $1.8 million dollars ($1,800,000.00).

26. The initial payment of $1,000,000.00 was due March 20, 2020.

27. As of April 10, 2020 Defendants have failed to make payment in full, make arrangement for an acceptable payment, or otherwise respond to Interchem's direction for payment.

28. Interchem is entitled to enforcement of the entire Mediation Agreement including payment of funds and dismissal of all claims, counterclaims, and crossclaims including, but not limited to, case 2020CV00355 in Stark County, Ohio.

29. Interchem is entitled to payment from Defendants in the agreed to amount of $1,800,000.00, plus pre- and post-judgment interest, plus all of Interchem's attorneys' fees and costs incurred as a result of Defendants' default and in collection of the payment, and release of all claims, counterclaims, and crossclaims Defendants have against Interchem.

## COUNT II: FRAUD

### (Against Defendant DiPietro)

For its second cause of action, Plaintiff incorporates all prior allegations and further alleges and states as follows:

30. Defendants used false information in its Financial Statement to induce business with Interchem.

31. Defendant DiPietro falsely promised to pay funds to Interchem in order to induce Interchem to release he and B&G from all further liability as set forth in the Mediation Agreement.

32. Interchem relied on DiPietro's promise and false accounting in entering into business with Defendants and further in entering the Mediation Agreement with Defendants.

33. Interchem suffered damages by Dipietro's false assertions, as Interchem has still not been paid for services rendered to Defendants.

34. Interchem is entitled to recover the damages it has incurred as a result of the fraud and deceit committed by Defendant DiPietro, as well as the costs of this action.

35. Interchem is entitled to punitive damages and costs of this action as a result of the fraud and deceit committed by Defendant DiPiertro.

## REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff request this Court enter judgment in favor of Plaintiff and against Defendants and award Plaintiff $1,800,000.00 pre-and-post judgment interest, punitive damages, costs, attorneys' fees and all other relief as permitted by law and as deemed equitable and

appropriate.

**RESPECTFULLY SUBMITTED THIS 10th DAY OF APRIL, 2020.**

                DOERNER, SAUNDERS, DANIEL
                  & ANDERSON, L.L.P.

By: *s/Stuart D. Campbell*
    Stuart D. Campbell, OBA No. 11246
    Lauren R. Myers, OBA No. 32842
    Two West Second Street, Suite 700
    Tulsa, OK 74103-3117
    Telephone 918.591.5242
    Facsimile 918.925.5242
    Email scampbell@dsda.com
          lmyers@dsda.com
***Attorneys for International Chemical Company***

5333760.1