

**EXHIBIT 2**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| INTERNATIONAL CHEMICAL COMPANY,<br>  Plaintiff,<br>v.<br>B & G FUTURES, INC,<br>  Defendant, and<br>STEVE DIPIETRO,<br>  Defendant, and<br>CHIRAG VYAS,<br>  Defendant. | No. CJ-2018-3391<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 08/13/2018<br><br><br>Judge: Cantrell, Daman H. |

## PARTIES

B & G FUTURES, INC, Defendant
DIPIETRO, STEVE, Defendant
INTERNATIONAL CHEMICAL COMPANY, Plaintiff
VYAS, CHIRAG, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| CAMPBELL, STUART D (Bar #11246)<br>DOERNER SAUNDERS DANIEL & ANDERSON LLP<br>TWO WEST SECOND STREET<br>SUITE 700<br>TULSA, OK 74103 | INTERNATIONAL CHEMICAL COMPANY, |

| Attorney | Represented Parties |
|---|---|
| Limekiller, David P (Bar #18173)<br>GABLE GOTWALS<br>1100 ONEOK PLAZA<br>100 W FIFTH STREET<br>TULSA, OK 74103 | B & G FUTURES, INC,<br>DIPIETRO, STEVE<br>VYAS, CHIRAG |
| PITTMAN, RYAN A (Bar #31187)<br>GABLE GOTWALS<br>100 W 5TH ST, SUITE 1100<br>TULSA, OK 74103 | B & G FUTURES, INC,<br>DIPIETRO, STEVE<br>VYAS, CHIRAG |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, January 31, 2019 at 10:00 AM<br>  SCHEDULING CONFERENCE...STUART CAMPBELL, PL... | | Daman H. Cantrell | |
| Wednesday, July 24, 2019 at 3:30 PM<br>  HEARING ON PL'S MOTION TO COMPEL...... | | Daman H. Cantrell | |
| Wednesday, September 4, 2019 at 11:00 AM<br>  PRETRIAL CONFERENCE....STUART CAMPBELL, PL...DAVID LIMEKILLER,DF | | Daman H. Cantrell | |
| Wednesday, June 10, 2020 at 10:45 AM<br>  STATUS/SCHEDULING CONFERENCE | | Daman H. Cantrell | |

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: INTERNATIONAL CHEMICAL COMPANY
Filed Date: 08/13/2018

**Party Name**  **Disposition Information**

**Defendant:**
B & G FUTURES, INC

**Defendant:**
DIPIETRO, STEVE

**Defendant:**
VYAS, CHIRAG

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-13-2018 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 08-13-2018 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 08-13-2018 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 08-13-2018 | PFE1 | PETITION<br>Document Available (#1041172720)<br>TIFF    PDF | | | $ 163.00 |
| 08-13-2018 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 08-13-2018 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 08-13-2018 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 08-13-2018 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 08-13-2018 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 08-13-2018 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 08-13-2018 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 08-13-2018 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 08-13-2018 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 08-13-2018 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 08-13-2018 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 08-13-2018 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 08-13-2018 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 08-13-2018 | SMF | SUMMONS FEE (CLERKS FEE)-3 | | | $ 30.00 |
| 08-13-2018 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 08-13-2018 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CANTRELL, DAMAN H. TO THIS CASE. | | | |
| 08-13-2018 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 6.56 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-13-2018 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2018-3391: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25<br>CJ-2018-3391: AC81 LENGTHY TRIAL FUND -$0.25<br>CJ-2018-3391: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2018-3391: AC67 DISTRICT COURT REVOLVING FUND -$0.07<br>CJ-2018-3391: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2018-3391: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18<br>CJ-2018-3391: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2018-3391: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13<br>CJ-2018-3391: AC31 COURT CLERK REVOLVING FUND -$0.05<br>CJ-2018-3391: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15<br>CJ-2018-3391: AC01 CLERK FEES -$4.79 | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-13-2018 | ACCOUNT | RECEIPT # 2018-3810589 ON 08/13/2018.<br>PAYOR: GILLESPIE/BOOKER TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2018-3391: $188.21 ON AC01 CLERK FEES.<br>CJ-2018-3391: $6.56 ON AC09 CARD ALLOCATIONS.<br>CJ-2018-3391: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2018-3391: $1.61 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2018-3391: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2018-3391: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2018-3391: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2018-3391: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2018-3391: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2018-3391: $24.37 ON AC79 OCIS REVOLVING FUND.<br>CJ-2018-3391: $9.75 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2018-3391: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 08-24-2018 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. CHIRAG VYAS / CERT MAIL / ON 8-22-18<br>Document Available (#1041493129)<br>📄TIFF  📄PDF | | VYAS, CHIRAG | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-24-2018 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. B&G FUTURES INC / CERT MAIL / SIGNED BRITTANY DOWLES / 8-20-18<br>Document Available (#1041493125)<br>TIFF  PDF | | B & G FUTURES, INC | |
| 09-07-2018 | EAA | SPECIAL APPEARANCE BY DEFENDANTS, MOTION TO QUASH SUMMONS, AND PLEA CHALLENGING PERSONAL JURISDICTION / C2J<br>Document Available (#1041494217)<br>TIFF  PDF | | B & G FUTURES, INC | |
| 09-11-2018 | S | PARTY HAS BEEN SUCCESSFULLY SERVED./ CHIRAG VYAS / RES SRV / SRVD ABHILASH PANDYA / ON 9-5-18 / BY PS<br>Document Available (#1041574209)<br>TIFF  PDF | | VYAS, CHIRAG | |
| 09-24-2018 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. STEVE DIPIETRO SERVED / RES SERV TO MRS. DIPIETRO / ON 9-8-18 BY PS<br>Document Available (#1041725050)<br>TIFF  PDF | | DIPIETRO, STEVE | |
| 09-26-2018 | RESP | RESPONSE AND OBJECTION TO DEFENDANTS MOTION TO QUASH SUMMONS AND PLEA CHALLEGING PERSONAL JURISDICTION / CERTIFICATE OF SERVICE<br>Document Available (#1041725586)<br>TIFF  PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 12-21-2018 | CTFREE | CANTRELL, DAMAN: MOTION TO QUASH/DISMISS DUE TO LACK OF PERSONAL JURISDICTION FILED ON 9-7-18 IS RESPECTFULLY DENIED. MATTER SET FOR SCHEDULING CONFERENCE ON 1-31-19 AT 10:00 AM. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-02-2019 | O | ORDER / SEE ABOVE ENTRY / CERTIFICATE OF MAILING<br>Document Available (#1042565333)<br>TIFF　PDF | | | |
| 01-24-2019 | A | ANSWER OF DEFENDANT/ NO RETURN ENVELOPE / CERTIFICATE OF SERVICE<br>Document Available (#1042566853)<br>TIFF　PDF | | B & G FUTURES, INC | |
| 01-31-2019 | CTFREE | CANTRELL, DAMAN: CASE COMES ON FOR SCHEDULING CONFERENCE; STUART CAMPBELL APPEARS FOR PL, DAVID LIMEKILLER AND ZACKERY YOUNG APPEAR FOR DFS. HEARING HELD. SCHEDULING ORDER ENTERED; PRETRIAL CONFERENCE IS SET FOR 9-4-19 AT 11:00 AM. | | | |
| 02-08-2019 | A | ANSWER OF PLAINTIFF INTERNATIONAL CHEMICAL COMPANY TO DEFENDANT'S COUNTERCLAIM / CERTIFICATE OF SEREVICE<br>Document Available (#1042830389)<br>TIFF　PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 02-12-2019 | SCHO | SCHEDULING ORDER (1) / 1-31-19<br>Document Available (#1042834964)<br>TIFF　PDF | | | |
| 04-17-2019 | EAA | ENTRY OF APPEARANCE / RYAN A PITTMAN AND DAVID P LIMEKILLER ENTERING AS COUNSEL / W-CS / CERTIFICATE OF MAILING<br>Document Available (#1043395603)<br>TIFF　PDF | | B & G FUTURES, INC | |
| 05-03-2019 | MO | AGREED MOTION FOR PROTECTIVE ORDER / CERTIFICATE OF SERVICE / A TO J<br>Document Available (#1043754071)<br>TIFF　PDF | | B & G FUTURES, INC | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-10-2019 | CTFREE | CANTRELL, DAMAN: GRANTED - AGREED PROTECTIVE ORDER. | | | |
| 05-10-2019 | O | PROTECTIVE ORDER<br>Document Available (#1043397014)<br>TIFF　PDF | | | |
| 06-06-2019 | MOC | PLAINITFF'S MOTION TO COMPEL / A TO J / CERTIFICATE OF SERVICE<br>Document Available (#1044075119)<br>TIFF　PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 06-19-2019 | CTFREE | CANTRELL, DAMAN: ORDER ENTERED SETTING PL'S MOTION TO COMPEL FOR HEARING ON 7-24-19 AT 3:30 PM. MAILED NOTICE TO ALL PARTIES. | | | |
| 06-19-2019 | NOH | NOTICE OF HEARING / PLAINTIFF'S MOTION TO COMPEL SET ON 7-24-19 @ 3:30 PM / AFFIDAVIT OF MAILING<br>Document Available (#1044078805)<br>TIFF　PDF | | | |
| 06-24-2019 | RESP | DEFENDANT B & G FUTURES INC'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL / CERTIFICATE OF MAILING<br>Document Available (#1044084534)<br>TIFF　PDF | | B & G FUTURES, INC | |
| 07-01-2019 | APLI | APPLICATION TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL / A2J<br>Document Available (#1044088108)<br>TIFF　PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 07-09-2019 | CTFREE | CANTRELL, DAMAN: PLAINTIFF'S APPLICATION TO FILE A REPLY IN SUPPORT OF TIS MOTION TO COMPEL; PL HAS UNTIL 6-12-19 TO FILE A REPLY AND NOT TO EXCEED 5 PAGES IN LENGTH. | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-09-2019 | APLI | APPLICATION TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDNAT'S MTION TO COMPEL / CERTIFICATE OF SERVICE<br>Document Available (#1044302753)<br>TIFF   PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 07-09-2019 | O | ORDER GRANTING APPLICAITON TO FILE REPLY BRIEF<br>Document Available (#1044302749)<br>TIFF   PDF | | | |
| 07-10-2019 | R | PLAINTIFF INTERNATIONAL CHEMICAL COMPANY'S REPLY TO THE RESPONSE BY DEFENDANT TO PLAINTIFF'S MOTION TO COMPEL / CERTIFICATE OF SERVICE<br>Document Available (#1044303045)<br>TIFF   PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 07-24-2019 | CTFREE | CANTRELL, DAMAN: MOTION TO COMPEL SET FOR 7-24-19 HAS BEEN STRICKEN BY THE COURT; CALLED PARTIES TO MAKE THEM AWARE AND THE COURT WILL RULE ON THE BRIEFS. | | | |
| 07-24-2019 | MOC | SUPPLEMENT PLAINTIFF'S MOTION TO COMPEL / A TO J / CERTIFICATE OF SERVICE<br>Document Available (#1044088940)<br>TIFF   PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 08-13-2019 | MO | DEFENDANT B&G FUTURES, INC'S MOTION TO STRIKE PRETRIAL CONFERENCE AND ENTER AN AMENDED SCHEDULING ORDER / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1044486590)<br>TIFF   PDF | | B & G FUTURES, INC | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-16-2019 | RESP | PLAINTIFF INTERNATIONAL CHEMICAL COMPANY'S RESPONSE AND OBJECTION TO DEFENDANT B &G FUTURES INC'S MOTION TO STRIKE PRETRIAL CONFERENCE AND ENTER AN AMENDED SCHEDULING ORDER / CERTIFICATE OF SERVICE<br>Document Available (#1044710104)<br>TIFF  PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 08-23-2019 | MO | PLAINTIFF INTERNATIONAL CHEMICAL COMPANY'S MOTION IN LIMINE ON THE QUALITY OF PRODUCT DELIVERED TO DEFENDANTS<br>Document Available (#1044088896)<br>TIFF  PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 09-04-2019 | CTFREE | CANTRELL, DAMAN: CASE COMES ON FOR PRETRIAL CONFERENCE; ALL PARTIES APPEAR. HEARING HELD. JURY TRIAL SET FOR 3-2-20 AT 9:30 AM. 1ST UP. PRETRIAL CONFERENCE IS RESET FOR 1-29-20 AT 10:30 AM. MOTION TO STRIKE IS MOOT; THE COURT WILL RULE ON THE MOTION TO COMPEL. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-09-2019 | CTFREE | CANTRELL, DAMAN: PLAINTIFF'S MOTION TO COMPEL FILED 6/6/2019 IS GRANTED TO ALL BUT INTERROGATORY NO. 12. INTERROGATORY NO. 12 DEALT WITH REQUEST FOR ADMISSION NO. 1, WHICH WAS NOT SUBMITTED TO THE COURT. AS THE COURT DOES NOT KNOW WHAT REQUEST FOR ADMISSION NO. 1 STATES, THE COURT CANNOT RULE ON THAT INTERROGATORY. HOWEVER, COUNSEL MAY SUPPLEMENT IF NECESSARY. DEFENDANT MAY SUBMIT A PRIVILEGE LOG FOR ANYTHING CLAIMED TO BE PRIVILEGED AND OR CONFIDENTIAL. | | | |
| 09-20-2019 | O | ORDER / SEE ENTRY ABOVE / CERTIFICATE OF MAILING<br>Document Available (#1044701982)<br>TIFF    PDF | | | |
| 10-08-2019 | CTFREE | CANTRELL, DAMAN: AMENDED SCHEDULING ORDER ENTERED. | | | |
| 10-09-2019 | SCHO | AMENDED SCHEDULING ORDER<br>Document Available (#1044936266)<br>TIFF    PDF | | | |
| 10-11-2019 | APLI | PLAINTIFF INTERNATIONAL CHEMICAL COMPANYS APPLICATION FOR SANCTIONS<br>Document Available (#1044934503)<br>TIFF    PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 11-05-2019 | MOQ | PLAINTIFF INTERNATIONAL CHEMICAL COMPANY'S MOTION TO QUASH NOTICE TO TAKE DEPOSITIONS / A TO J / CERTIFICATE OF SERVICE<br>Document Available (#1045279481)<br>TIFF    PDF | | INTERNATIONAL CHEMICAL COMPANY | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 11-15-2019 | RESP | DEFENDANT B&G FUTURES, INC'S RESPONSE TO PLAINTIFF'S MOTION TO QUASH NOTICES TO TAKE DEPOSITIONS / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1045456437)<br>TIFF   PDF | | B & G FUTURES, INC | |
| 11-15-2019 | RESP | DEFENDANT B&G FUTURESS, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1045456433)<br>TIFF   PDF | | B & G FUTURES, INC | |
| 12-11-2019 | APLI | PLAINTIFF IINTERNATIONAL CHEMICAL COMPANY'S APPLICATION FOR SANCTIONS / A TO J / CERTIFICATE OF SERVICE<br>Document Available (#1045710699)<br>TIFF   PDF | | INTERNATIONAL CHEMICAL COMPANY | |
| 12-17-2019 | CTFREE | CANTRELL, DAMAN: MOTION TO QUASH FILED ON 11-5 AND SANCTIONS ON 10-11 ARE BOTH DENIED AS COUNSEL FOR B&G HAS INDICATED IT WILL AGREE TO A MORE CONDUCIVE DATE. COUNSEL SHOULD CONFER BEFORE FILING THESE MOTIONS AS REQUIRED BY STATUTE AND LOCAL RULE. | | | |
| 12-17-2019 | O | ORDER // CERT OF MAILING ( SEE CLERKS NOTE OF 12-17-19)<br>Document Available (#1045711563)<br>TIFF   PDF | | | |
| 01-21-2020 | MO | DEFENDANT B & G FUTURES INC'S MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL / CERTIFICATE OF MAILING<br>Document Available (#1045896968)<br>TIFF   PDF | | B & G FUTURES, INC | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 01-23-2020 | EAA | ENTRY OF APPEARANCE / RYAN A PITTMAN AND DAVID P LIMEKILLER ENTERING AS COUNSEL / CERTIFICATE OF MAILING<br>Document Available (#1045901129)<br>TIFF PDF | | B & G FUTURES, INC | |
| 01-24-2020 | RESP | PLAINTIFF INTERNATIONAL CHEMICAL COMPANY'S RESPONSE AND OBJECTION TO DEFENDANT B&G FUTURES INC'S MOTION TO STRIKE PRETRIAL CONFERENCE AND ENTER AN AMENDED SCHEDULING ORDER / CERTIFICATE OF SERVICE<br>Document Available (#1045897475)<br>TIFF PDF | | B & G FUTURES, INC | |
| 01-27-2020 | MO | DEFENDANTS' MOTION TO AMEND THEIR ANSWER TO THE PETITION / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1045897862)<br>TIFF PDF | | B & G FUTURES, INC | |
| 01-28-2020 | CTFREE | CANTRELL, DAMAN: MOTION TO CONTINUE/ STRIKE TRIAL AND PRETRIAL IS GRANTED OVER OBJECTION. MATTER SET FOR SCHEDULING /STATUS CONFERENCE ON 4-8-20 AT 10:45 AM IN COURTROOM 631. | | | |
| 01-31-2020 | RESP | PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANTS' MOTION TO AMEND THEIR ANSWER TO THE PETITION<br>Document Available (#1046129066)<br>TIFF PDF | | INTERNATIONAL CHEMICAL COMPANY | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 02-06-2020 | MO | DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO AMEND THEIR ANSWER TO THE PETITION / A TO J / CERTIFICATE OF MAILING / CERTIFICATE OF MAILING<br>Document Available (#1046130080)<br>TIFF  PDF | | B & G FUTURES, INC | |
| 02-11-2020 | CTFREE | CANTRELL, DAMAN: ORDER GRANTING LEAVE TO FILE REPLY BRIEF ENTERED; DEFENDANTS ARE GRANTED LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO AMEND THEIR ANSWER TO THEIIR PETITION; THE REPLY BRIEF MAY NOT EXCEED FIVE PAGES AND MUST BE FILED WITHIN FIVE DAYS OF THE DATE OF THIS ORDER. ((((ORDER PLACED IN JUDGE'S OUTBOX TO BE PICKED UP FOR FILING))) | | | |
| 02-12-2020 | O | ORDER GRANTING LEAVE TO FILE REPLY BRIEF / SEE ENTRY ABOVE<br>Document Available (#1046137704)<br>TIFF  PDF | | | |
| 02-13-2020 | R | DEFENANTS' REPLY IN SUPPORT OF THEIR MOTION TO AMEND THEIR ANSWER TO THE PETITION / CERTIFICATE OF MAILING<br>Document Available (#1046138066)<br>TIFF  PDF | | B & G FUTURES, INC | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-04-2020 | CTFREE | CANTRELL DAMAN; ORDER ON DEFENDANTS MOTION TO AMEND THEIR ANSWER TO THE PETITION ENTERED. DEFENDANTS MOTION TO AMEND IS GRANTED OVER OBJECTION.<br>(COPY OF ORDER MAILED TO STUART CAMPBELL, LAUREN CAMPBELL, JAMES MATTHEWS, RYAN PITTMAN, AND DAVID LIMEKILLER. | | | |
| 03-04-2020 | O | ORDER ON DEFENDANT'S MOTION TO AMEND THEIR ANSWER TO THE PETITION / A TO J / AFFIDAVIT OF MAILING<br>Document Available (#1046298274)<br>TIFF    PDF | | | |
| 04-07-2020 | CNOTE | PRETRIAL CONFERENCE HAS BEEN RESET TO 6/10/20 AT 10:30AM. | | | |