## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| INTERNATIONAL CHEMICAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-CV-0151-CVE-FHM |
| B&G FUTURES, INC. and STEVE DIPIETRO, | ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Opinion and Order (Dkt. # 18) dismissing plaintiff's case has been entered. A judgment of dismissal of plaintiff's claims without prejudice is hereby entered.

**IT IS SO ORDERED** this 26th day of June, 2020.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE